UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Benjamin Macias,<br><br>        Movant,<br><br>v.<br><br>Voltage, LLC and Ningbo Voltage Smart Production Co.,<br><br>        Respondents. | **Civil Action No.:**<br><br>**Case is pending in the United States District Court for the Middle District of North Carolina:** *Shoals Technologies Group, LLC v. Voltage, LLC*, et al., No. 1:25-cv-026-WO |

### BENJAMIN MACIAS'S MOTION TO QUASH SUBPOENA

Ben Macias hereby submits this Motion to Quash a Subpoena issued on behalf of Voltage, LLC and Ningbo Smart Production Co., seeking Mr. Macias's appearance for deposition relating to *Shoals Technologies Group, LLC v. Voltage, LLC*, No. 1:25-cv-026-WO, pending in the Middle District of North Carolina. Mr. Macias is filing this Motion in the Middle District of Tennessee because Rule 45(d)(3) requires the Motion to be filed in "the district where compliance is required." Fed. R. Civ. P. 45(d)(3), and the Subpoena requires compliance in Nashville.

Mr. Macias has already provided both deposition and hearing testimony in a related matter. As described in more detail in the accompanying Memorandum of Law and Declaration of Mr. Macias the Subpoena at issue is unduly burdensome, seeks information that is neither relevant nor proportional to the case, and seeks potentially privileged information.

In support of this motion, Mr. Macias relies upon the contemporaneously filed Memorandum of Law and exhibits thereto and his contemporaneously filed Declaration. For the foregoing reasons, Mr. Macias respectfully requests that the Court quash the Subpoena.

Dated: October 8, 2025

Respectfully submitted,

/s/ *E. Steele Clayton*
E. Steele Clayton, IV (#17298)
BASS, BERRY & SIMS PLC
21 Platform Way South
Suite 3500
Nashville, Tennessee 37201
Tel. (615) 742-6205
Email: sclayton@bassberry.com

Kimberley Coghill (*pro hac vice forthcoming*)
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W. Suite 1000
Washington, DC 20004
Tel. 202-220-1246
kimberly.coghill@troutman.com

*Counsel for Benjamin Macias*

# CERTIFICATE OF SERVICE

I certify that on October 8, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by email and regular mail, postage prepaid to the following:

Robert C. Van Arnam
Andrew R. Shores
Aaron T. Fadden
JENNY WANG
WILLIAMS MULLEN
P.O. Box 1000
Raleigh, NC 27602-1000

Bruce S. Yen
Philip Ou
Yar R. Chaikovsky
WHITE & CASE
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306

Jordan Coyle, DC Bar No. 1006391*
WHITE & CASE
701 Thirteenth Street, NW
Washington, DC 20005

*Counsel for Defendants
Voltage LLC and Ningbo Voltage
Smart Production Co.*

Via Electronic Mail:

voltagewm@williamsmullen.com
wcshoalsvoltagencmd@whitecase.com

 

/s/ E. Steele Clayton, IV
E. Steele Clayton, IV